IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BAD BOY, INC.                                                           PLAINTIFF

v.                      No. 1:16-cv-114-DPM

SPARTAN MOWERS LLC;
INTIMIDATOR, INC.; and
RF PRODUCTS, INC.                                                    DEFENDANTS

ORDER

1. The Claim Construction hearing is rescheduled to 16 January 2018 at 10:00 a.m. at the Independence County Courthouse in Batesville.

2. The parties should arrange for a view of the machines in operation at a mutually convenient location in Batesville that afternoon.

3. The parties are welcome to propose an Amended Final Scheduling Order that shifts some later deadlines by a month or so, while keeping the trial date and setting the dispositive motion deadline as early as practicable.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2017