# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BAD BOY, INC.                                                                                  PLAINTIFF

v.                            No. 1:16-cv-114-DPM

SPARTAN MOWERS LLC;
INTIMIDATOR, INC.; and
RF PRODUCTS, INC.                                                                      DEFENDANTS

## JUDGMENT

The first amended complaint and counterclaim are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_7 May 2018_